People of the State of Illinois, Plaintiff-Appellee, v. William Edward Henry, Defendant-Appellant.

Gen. No. 10,717. (Abstract of Decision.)

Fourth District.

August 25, 1966.

Jeffrey C. Taylor, of Decatur, for appellant; Basil G. Greanias, State's Attorney, of Decatur, for appellee. Opinion by JUSTICE SMITH. Not to be published in full.